IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANICE ROBINSON, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RENT RECOVER OF BETTER NOI, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:18-CV-0155-SCJ-RGV |

## **O R D E R**

Counsel having jointly filed notice [Doc. No. 37] informing the Court that the parties to this matter have reached a settlement in principal at mediation, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 4th day of January, 2019.

                                          s/Steve C. Jones
                                          STEVE C. JONES
                                          UNITED STATES DISTRICT JUDGE